UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Sealed Matter                         Misc. No. 2:20-mc-51079
                                              Honorable George Caram Steeh

## MOTION AND ORDER TO UNSEAL SEARCH WARRANTS AND AFFIDAVITS

THE UNITED STATES OF AMERICA respectfully requests that the search warrants and affidavits in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrants and affidavits.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrants and affidavits.

Respectfully submitted,

SAIMA MOHSIN
Acting United States Attorney

*s/Emily Gurskis*
Emily Gurskis
Trial Attorney
Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, NW
Washington, DC 20005
Emily.Gurskis@usdoj.gov
(202) 203-9186

IT IS SO ORDERED.

*s/Curtis Ivy, Jr.*
Curtis Ivy, Jr.
United States Magistrate Judge

Entered:  February 25, 2021